UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.    )   Criminal No. 05-10115-JLT<br>)<br>BRIAN KEENAN, et al.,   )<br>         Defendants.   ) | |

**FINAL ORDER OF FORFEITURE**

**TAURO, D.J.,**

   WHEREAS, on April 28, 2005, a federal grand jury sitting in the District of Massachusetts returned an eighteen count Indictment charging defendant Brian P. Keenan (the "Defendant"), with Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 846 (Count One);

   WHEREAS, the Indictment also contained a forfeiture allegation, which, as a result of the offenses alleged in Count One of the Indictment, and pursuant to 21 U.S.C. § 853, sought the forfeiture of any and all property constituting, or derived from, any proceeds the Defendant obtained, directly or indirectly, as a result of the charged offense, and any and all property used or intended to be used, in any manner or part, to commit, and to facilitate the commission of the offense charged in the Indictment;

   WHEREAS, on June 1, 2005, the United States submitted the United State's Bill of Particulars for Forfeiture of Assets, specifically giving notice that the United States would seek the forfeiture of the following property from the Defendant:

$40,500.00 in United States Currency, seized on or about April 7, 2005, from a Safe Deposit Box located at Citizens Bank, 606 Dartmouth Street, Dartmouth, Massachusetts, held in the name of Brian P. Keenan (the "Currency");

WHEREAS, on November 20, 2006, at a change of plea hearing, the Defendant pled guilty to Count One of the Indictment;

WHEREAS, on June 18, 2007, this Court issued a Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853, and Rule 32.2 of the Federal Rules of Criminal Procedure, against the Defendant's interests in the Currency;

WHEREAS, on August 9, 2007, August 16, 2007, and August 23, 2007, a Notice of Order of Forfeiture was published in the Boston Herald newspaper pursuant to 21 U.S.C. § 853(n);

WHEREAS, on September 17, 2007, a sentencing hearing was held and the Defendant was sentenced to 21 months incarceration, to be followed by a term of three years supervised release, and in addition, the Defendant was ordered to forfeit the Currency to the United States, pursuant to the terms set forth in the Preliminary Order of Forfeiture;

WHEREAS, the forfeiture was inadvertently omitted from the written Judgment issued by the Court on September 24, 2007;

WHEREAS, the United States has filed a Motion to Correct Judgment to include the forfeiture, which had been pronounced orally at the September 17, 2007 sentencing hearing, and that motion has not been opposed;

WHEREAS, to date, no claims of interest in the Currency have been filed with the Court and the time within which to do so has expired.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States' Motion to Correct the Judgment is hereby allowed, and this Order shall be and is hereby made part of the Judgment for that purpose.

3. The United States of America is now entitled to the forfeiture of all right, title or interest in the Currency, and it is hereby forfeited to the United States of America pursuant to the provisions of 21 U.S.C. § 853.

4. All other parties, having any right, title, or interest in the Currency, are hereby held in default.

5. The United States Marshals Service is hereby authorized to dispose of the Currency in accordance with applicable law.

DONE AND ORDERED in Boston, Massachusetts, this __19TH__ day of ____March____, 200_8_.

_____
JOSEPH L. TAURO
United States District Judge